# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3703

_____

Darren Smith

*Plaintiff - Appellant*

v.

City of Forrest City, Arkansas; Deon Lee, Individually and as Chief of the Forrest
City Police Department; Cedric Williams, Individually and as Mayor of the City of
Forrest City, Arkansas

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta

_____

Submitted: July 15, 2022
Filed: July 29, 2022
[Unpublished]

_____

Before GRUENDER, MELLOY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Darren Smith appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas.